■ In the Matter of VICTOR N. FARLEY et al., as Members of the Committee to Fill Vacancies for the Republican Party, et al., Appellants, v EDWARD J. MAHONEY et al., Constituting the Erie County Board of Elections, et al., Respondents.— Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Supreme Court, Erie County, Killeen, J. Furthermore, the Board of Elections would not have been authorized to place Lo Tempio's name on the ballot since there was a failure of compliance with Election Law § 6-148 (5) (see, Matter of Scott v Curran, 277 App Div 344, 345, affd 301 NY 693). (Appeal from order of Supreme Court, Erie County, Killeen, J.—Election Law art 16.) Present —Callahan, J. P., Denman, Boomer and Schnepp, JJ. (Decided Oct. 25, 1985.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES WILSON, JR., Appellant.—Judgment unanimously reversed, on the law, and indictment dismissed. Memorandum: The District Attorney conceded that the defendant was denied a speedy trial under CPL 30.30 and the indictment must be dismissed. (Appeal from judgment of Supreme Court, Monroe County, Bergin, J.—attempted rape, first degree.) Present— Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MacLEAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Niagara County Court, Hannigan, J.—petit larceny.) Present—Dillon, P. J., Doerr, Boomer, Green and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TERRENCE E. MASON, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed (see, People ex rel. Douglas v Vincent, 67 AD2d 587, affd 50 NY2d 901). (Appeal from judgment of Wyoming County Court, Newman, J.—habeas corpus.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.

■ In the Matter of VICTORIA T., a Person Alleged to Be in Need of Supervision.—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Erie County Family Court, Killeen, J.—violation of probation.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.